Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorney for Individual Defendants

Amy M. Iberlin, Bar No. 7-5322
Williams, Porter, Day & Neville P.C.
P.O. Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 Facsimile
aiberlin@wpdn.net

Attorney for Defendants City of
Cheyenne, City of Cheyenne Police
Department, and Eric Norris and
Kaitlin Peterson, in their official
capacities

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MYRON MARTIZE WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) |
| CITY OF CHEYENNE, a municipality, | ) |
| CITY OF CHEYENNE POLICE | ) |
| DEPARTMENT, ERIC NORRIS, in his | ) |
| official and personal capacity, KAITLIN | ) |
| PETERSON, in her official and personal | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants hereby file a notice of removal to the United States District Court for the District of Wyoming.

**I.    Background**

On August 12, 2024, plaintiff filed a lawsuit entitled *Myron Martize Woods v. City of Cheyenne, et al.*, in the First Judicial District Court for Laramie County, Wyoming. The State District Court case number is 2024-CV-0202604. The defendants in this matter are as follows:

- Defendants Eric Norris and Kaitlin Peterson, in their individual capacities (collectively, the "Individual Defendants"), represented by Timothy W. Miller. These Defendants have been served with a Summons and Complaint.

- Defendants City of Cheyenne, City of Cheyenne Police Department, and Eric Norris and Kaitlin Peterson, in their official capacities (collectively, the "City Defendants"), represented by Amy M. Iberlin. These Defendants have been served with a Summons and Complaint.

**II.    Removal is proper under 28 U.S.C. § 1441(a).**

Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Plaintiff's Fourth and Fourteenth Amendment claims are brought pursuant to 42 U.S.C. § 1983. Plaintiff's claims and the requested relief therefore arise under federal law, *i.e.,* the United States Constitution, the Fourth and Fourteenth Amendments, and 42 U.S.C. § 1983. Plaintiff also pleaded state law claims, all of which derive from a common nucleus of operative facts as Plaintiff's federal claims. Consequently, pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims.

**III.    This Notice of Removal is timely filed in this Court.**

On August 19, 2024, Defendants City of Cheyenne and City of Cheyenne Police Department were served with the Complaint. On August 20, 2024, Defendant Eric Norris was served with the Complaint. On August 28, 2024, Defendant Kaitlin Peterson was served with the Complaint. This notice is therefore being filed within 30 days of service and receipt of the initial pleadings by the Defendants as provided by 28 U.S.C. § 1446(b)(2)(B). All Defendants consent to the removal as required by 28 U.S.C. § 1446(b).

**IV.    Notice to Adverse Parties and the State Court.**

Defendants will serve this Notice of Removal on the plaintiff, and have simultaneously filed a notice of the removal in the First Judicial District Court for Laramie County, Wyoming.

WHEREFORE, the Defendants respectfully request that the civil action now pending in the State of Wyoming District Court, in the First Judicial District Court for Laramie County, Wyoming, Civil Case No. 2024-CV-0202604, be removed to the United States District Court for the District of Wyoming.

DATED this 6 day of September, 2024.

Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorney for Individual Defendants

Amy M. Iberlin, Bar No. 7-5322
Williams, Porter, Day & Neville P.C.
P.O. Box 10700
Casper, WY  82602
(307) 265-0700
(307) 266-2306 Facsimile
aiberlin@wpdn.net

Attorney for City Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that on this _6_ day of September, 2024, a true and correct copy of the foregoing **Notice of Removal** was served as indicated below:

Jordyn A. Surber                                   [✓] Email
Robert Piper
Coal Creek Law LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY  82003-0467
jsurber@coalcreeklaw.com
rpiper@coalcreeklaw.com

Attorneys for Plaintiff

Amy M. Iberlin                                     [✓] Email
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott, Suite 400 (82601)
P.O. Box 10700
Casper, WY  82602
aiberlin@wpdn.net

Attorney for Defendants City of Cheyenne,
City of Cheyenne Police Department and Eric
Norris and Kaitlin Peterson, in their official
capacities

_____
Kailie D. Harris, Paralegal
Office of the Wyoming Attorney General

4